IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY 2801 Horace Shepard Drive, Dothan, Alabama 36303, <br><br> Plaintiff, <br> v. <br><br> ROBERT G. HICKES, M.D., 1301 Trumansburg Road, Suite Q Ithaca, NY 14850, <br><br> Defendants. | CIVIL ACTION NO.: <br><br> 1:05CV592-T |

## RULE 7.1 STATEMENT OF PLAINTIFF ASD SPECIALTY HEALTHCARE, INC., D/B/A/ ONCOLOGY SUPPLY COMPANY

COMES NOW plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company, by and through its counsel, and states that the only publicly held corporation that owns more than 10% of its stock is AmerisourceBergen Corporation.

Respectfully submitted,

*/s/ Heath G. Fite*

James J. Robinson (ROB013)
Heath A. Fite (FIT011)
Attorneys for Plaintiff

OF COUNSEL:

BURR & FORMAN, LLP
3100 SouthTrust Tower
420 North 20th Street
SouthTrust Tower, Suite 3100
Birmingham, Alabama 35203

TO BE SERVED BY SPECIAL PROCESS SERVER

PHIL1 628697-1