| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): C. Cooke  B. Date of Delivery: 6/28/05<br>C. Signature: X [signature]  ☑ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Robert G. Hickes, M.D.<br>c/o Robert J. Holdsworth, Jr.<br>Harris Beach, PLLC<br>119 East Seneca Street<br>Ithaca, NY  14850<br><br>05CV592 S+C | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7000 0520 0023 2401 7175 | |

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424