IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 1:05CV592-T |
| ROBERT G. HICKES, M.D. | ) ) | |
| Defendant. | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

Come now the plaintiff, ASD Specialty Healthcare, Inc. d/b/a Oncology Supply Company, and the defendant, Robert G. Hickes, M.D., and hereby report as follows:

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on September 22, 2005 and was attended by:

Morton R. Branzburg for the plaintiff

C. Ellis Brazeal, III for the defendant

2. Pre-Discovery Disclosures. The parties will exchange by October 14, 2005, the information required by Local Rule 26.1.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

All discovery commenced in time to be completed by February 28, 2006.

PHIL1 641291-1

Maximum of 40 interrogatories by each party to any other party. [Responses due 30 days after service.]

Maximum of 25 requests for admission by each party to any other party. [Responses due 30 days after service.]

Maximum of 10 depositions for each party.

Reports from retained experts under Rule 26(a)(2) due:

from plaintiff by January 20, 2006.

from defendant by February 3, 2006.

Supplementations under Rule 26(e) are due in accordance with said rule.

4. Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference after February 3, 2006.

Plaintiffs should be allowed until January 13, 2006, to join additional parties and until January 20, 2006, to amend the pleadings.

Defendant should be allowed until January 27, 2006, to join additional parties and until February 3, 2006, to amend the pleadings.

All potentially dispositive motions should be filed by March 1, 2006.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

from plaintiffs by March 15, 2006.

from defendants by April 1, 2006.

Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by April 7, 2006, and at this time is expected to take approximately one day.

Dated: September _____, 2006

\s\ Heath A. Fite
Attorney for Plaintiff, ASD Specialty Healthcare, Inc. d/b/a Oncology Supply Company

**OF COUNSEL:**

BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Telecopier: (205) 458-5100

\s\ C. Ellis Brazeal III
C. Ellis Brazeal III
Attorney for Defendant, Robert G. Hickes, M.D.

**OF COUNSEL:**

Walston, Wells, Anderson & Birchall, LLP
1819 5th Avenue North
Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

PHIL1 641291-1