IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive<br>Dothan, Alabama 36303,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT G. HICKES, M.D.,<br>1301 Trumansburg Road, Suite !<br>Ithaca, NY 14850,<br><br>        Defendant. | CIVIL ACTION NO.<br>1:05CV592-T |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Notice is hereby given that the Plaintiff, ASD Specialty Healthcare, Inc. d/b/a Oncology Supply Company, (hereinafter referred to as "Plaintiff"), in the above-styled action, has served the following document(s) on Defendant via hand delivery on October 12, 2005:

- Plaintiff's Initial Disclosures

The undersigned retains the original of the above document(s) as custodian thereof.

                                                  s/Heath A. Fite
                                                  James R. Robinson ASB-9563-071J
                                                  Heath A Fite ASB-9259-E54F

                                                  Attorneys for Plaintiff

1402096

**OF COUNSEL:**
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100

### CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and the extent they are not properly registered wit the Court's ECF system, they have been served by directing same to their office addresses via first-class, United States mail, postage prepaid:

ROBERT G. HICKES, M.D.
c/o Ellis Brazeal, III, Esquire
Walston, Wells, Anderson & Birchall LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203

                                             s/Heath A. Fite
                                             Of Counsel

1402096