# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 18, 2005

## NOTICE OF NON-COMPLIANCE

**To:**       **ALL COUNSEL OF RECORD**

**Case Style:   ASD Specialty Healthcare, Inc. v. Hickes**

**Case Number:    1:05-cv-00592-MHT**

**Referenced Pleadings:    Request for admissions, Response to Discovery and Response to Discovery**

**Docket Entry Numbers:   11, 12, & 13**

**The referenced pleadings were electronically filed on \*\*November 17, 2005\*\*\* in this case and is not in compliance with the  local rules and/or administrative procedures of this court.**

**\*\*\*\*\*\*These pleadings are discovery and are not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**The pleadings are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket.  Parties should be aware that the striking of these entries does not affect their responsibilities as to the discovery process.**