**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION**

| | |
|---|---|
| ASD SPECIALITY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive,<br>Dothan, Alabama 36303,<br><br>          Plaintiff,<br><br>vs.<br><br>ROBERT G. HICKES, M.D.,<br>1301 Trumansburg Road, Suite Q<br>Ithaca, New York 14850,<br><br>          Defendant. | CIVIL ACTION NO.:<br>1:05CV592-T |

**AMENDED RESPONSE TO REQUEST FOR ADMISSION**

COMES now ROBERT G. HICKES, M.D. ("Defendant"), and for his amended response to the following request for admission says as follows:

1. Admitted.

2. Admitted.

24. Admitted.

25. Admitted.

\s\ C. Ellis Brazeal III
Attorney for the Defendant, Robert G. Hickes, M.D.

**OF COUNSEL:**

Walston, Wells, & Birchall LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

**CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the foregoing Amended Response to Request for Admissions has been severed electronically to the following said individuals and/or by placing same in the U.S. First Class Mail, as follows:

    James J. Robinson
    Heath A. Fite
    BURR & FORMAN LLP
    3100 SouthTrust Tower
    420 North 20th Street
    Birmingham, Alabama 35203

This the \15th\ day of December, 2005.


                              \s\ C. Ellis Brazeal III
                              OF COUNSEL