IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

_____
|                                                                                      :
| ASD SPECIALTY HEALTHCARE, INC. d/b/a              :
| ONCOLOGY SUPPLY COMPANY                              :
| 2801 Horace Shepard Drive                                        :
| Dothan, Alabama 36303,                                            :
|                                                                                      :       CIVIL ACTION
|                                    Plaintiff,                                 :
|                  v.                                                                :       NO.: 1:05cv592 - T
|                                                                                      :
| ROBERT G. HICKES, M.D.                                          :
| 1301 Trumansburg Road, Suite Q                              :
| Ithaca, NY 14850,                                                       :
|                                                                                      :
|                                    Defendant.                           :
|_____:

## MOTION FOR SUMMARY JUDGMENT

The plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company, by and through its counsel, hereby moves this Honorable Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment against the defendant Robert G. Hickes, M.D. because there are no disputed issues of material fact and it is entitled to judgment as a matter of law. In support of this motion, the plaintiff relies upon the statements and legal arguments contained within the concurrently-filed memorandum of law supporting this motion, which is incorporated herein by this reference, as well as the attached exhibits:

   Exhibit 1:     Complaint

   Exhibit 2:     Plaintiff's First Set of Requests for Admissions Addressed to
                       Defendant Robert G. Hickes, M.D.

   Exhibit 3:     Defendant's Response to Request for Admission

   Exhibit 4:     Defendant's Amended Response to Request for Admission

Plaintiff also submits a proposed Order granting this motion which is attached as Exhibit 5.

1425925

                                        Respectfully submitted,

                                        s/Heath A. Fite_____
                                        James J. Robinson (ROB013)
                                        Heath A. Fite (FIT011)
                                        Attorneys for Plaintiff

**OF COUNSEL:**
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203-5206
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 6th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties, including Clyde Ellis Brazeal, III.

                                        s/Heath A. Fite_____
                                        Of Counsel