## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

ASD SPECIALTY HEALTHCARE, INC. d/b/a    :
ONCOLOGY SUPPLY COMPANY    :
2801 Horace Shepard Drive    :
Dothan, Alabama 36303,    :

       :    CIVIL ACTION

       Plaintiff,    :

       v.    :    NO.: 1:05cv592 - T

ROBERT G. HICKES, M.D.    :
1301 Trumansburg Road    :
Suite Q    :
Ithaca, NY 14850,    :

       : 

       Defendant.    :

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS ADDRESSED TO DEFENDANT ROBERT G. HICKES, M.D.

TO:    ROBERT G. HICKES, M.D.
       C/o Ellis Brazeal, III, Esquire
       Walston, Wells, Anderson & Birchall LLP
       1819 5th Avenue North, Suite 1100
       Birmingham, Alabama 35203

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Plaintiff, by and through

its undersigned attorneys, directs the following requests for admissions to the Defendant Robert

G. Hickes, M.D. ("Hickes"). Pursuant to the Federal Rules of Civil Procedure, you are hereby

notified to provide written answers under oath to the following Requests. Your answers must be

filed within thirty (30) days after the service of these Requests upon you. Failure to file answers

will result in each Request being admitted. Your answers shall admit or deny the matter or set

forth in detail reasons why you cannot truthfully do so. A denial shall fairly meet the substance

of the requested admission. If you must qualify an answer or deny only part of the matter of

PHIL1 642598-1

EXHIBIT
2

which an admission is requested, you shall specify so much of it as is true and qualify or deny

the remainder.  You may not give lack of information or knowledge as a reason for failure to

admit or deny unless it is stated that reasonable inquiry has been made and that the information

known to you or readily obtainable by you is not sufficient to enable you to admit or deny.

## I.    DEFINITIONS

As used in these Requests, the following terms shall have the meaning set forth below:

A.     "Plaintiff" means the plaintiff, ASD Specialty Healthcare Inc. d/b/a Oncology

Supply Company, and its predecessors-in-interest, and any officers, partners, agents,

representatives and/or employees of any of them.

B.     "Hickes" means Robert G. Hickes, M.D., and his agents, representatives and/or

employees.

C.     "You" or "your" means Hickes.

D.     "Defendant" shall mean Hickes.

E.     "The Action" shall mean the above-captioned action in which a complaint was

filed against the Defendant.

F.     "The Complaint" shall mean the Complaint, at the above-captioned docket

number.

G.     "The Answer" shall mean the answer to the Complaint, filed by the Defendant on

or about August 26, 2005.

H.     "The Interrogatories" shall mean the Plaintiff's First Set of Interrogatories

addressed to the Defendant.

I.     "The Admissions" shall mean the Plaintiff's First Set of Requests for Admissions

Directed to the Defendant.

J.      "Person" means any natural individual or any corporation, firm, partnership, proprietorship, association, joint venture, governmental entity or any business organization or any other entity.

K.      "Document" means any kind of written or graphic material, however produced or reproduced, of any kind or description, whether sent or received or neither, which is in your possession, custody and/or control, including originals, non-identical copies, and drafts and both written sides of such material, including but not limited to any and all written, filmed, graphic and audio or visually recorded matter of every kind and description however produced or reproduced, whether draft or final, original or reproduction, whether performed or reproduced or on paper, cards, tapes, film, electronic facsimile, electronic mail, computer storage devices, or any other media, including but not limited to, papers, books, letters, writings, magazines, advertisements, periodicals, bulletins, circulars, pamphlets, statements, notices, reports, rules, regulations, directives, teletype messages, photographs, objects, tangible things, correspondence, telegrams, cables, telex messages, interoffice communications, interoffice communications, memoranda, notes, notations, records, work papers, transcripts, minutes, reports and recordings of telephone or other conversations, or of interviews, conferences, meetings, affidavits, statements, CD ROM, floppy or hard disks, charts, graphs, specifications, drawings, blueprints, summaries, opinions, proposals, reports, studies, analyses, audits, evaluations, contracts, agreements, covenants, understandings, permits, licenses, journals, statistical records, ledgers, books of account, bookkeeping entries, financial statements, tax returns, vouchers, checks, check stubs, invoices, receipts, desk calendars, appointment books, diaries, lists, tabulations, summaries, time sheets, logs, sound output, microfilms, microfiches, all records kept by electronic, photographic or mechanical means, tapes, computer tapes, tape recordings, computer

printouts, input-output computer systems and all other informal or formal writing or tangible things on which any handwriting, typing, printing, sound signal impulse or symbol is recorded or reproduced and any and all amendments or supplements to any of the foregoing whether prepared by you or any other person, and all things similar to any of the foregoing documents. If a document is referred to, the reference shall include, but shall not be limited to, the original and each and every copy and draft thereof differing in any way from the original, if an original exists, or each and every copy and draft if no original exists.

L.    "Concerning" means relating to, referring to, describing, evidencing, regarding or constituting.

M.    "Communication(s)" means any manner of transmitting or receiving information, opinions or thoughts, whether orally, in writing or otherwise.

N.    "All documents" means any and all documents as defined above that are known to you or that can be located or discovered by your reasonably diligent efforts.

## II.    <u>RULES OF CONSTRUCTION</u>

A.    "All" and "each" shall be construed as both all and each.

B.    The connective "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery requests all responses that otherwise might be construed to be outside of its scope.

C.    The singular includes the plural and vice versa.

## III.  **INSTRUCTIONS**

a.  Answer each Request separately and fully unless you object to it, in which case you should specifically state the reason for your objection.

b.  To the extent you object in part to any Request, answer that part of the request in question to which no objection is asserted.

c.  In answering these Requests, you should furnish all information available to you at the time of answering.

d.  Unless otherwise stated, the relevant time period (the "Relevant Period") covering each Request is from January 1, 2003, to the current time.

e.  Where precise or exact information, data or dates are not available or known, state approximate information data or dates and state that you have done so.

f.  When identifying an individual, state his or her full name; current or last known address; current or last known employer; title or job designation; and an employer and title or job designation at the time of the events referred to in the interrogatory or your answer to it.

g.  In addition, state the person whom the individual was representing or for whom the individual was acting, if any.

h.  When identifying a business organization or governmental entity, state its name and address and the name and address of each of its agents who acted for it with respect to the matters relating to the Request in question and your relationship with it.

i.  Whenever you answer a Request on information and/or belief, state the source of your information and/or the basis for your belief.

j.  In each instance where you deny knowledge and/or information sufficient to answer any part of a Request, state the name and address of each person, if any, known or believed to have such knowledge and/or information.

## REQUEST FOR ADMISSION NO. 1

Admit that, beginning in 2004, Hickes ordered and received from Plaintiff medical, pharmaceutical and other products on an ongoing basis.

## REQUEST FOR ADMISSION NO. 2

Admit that, as of March 31, 2005, the total principal balance due to Plaintiff from Hickes for goods shipped to or for the benefit of Hickes was in excess of $177,253.77.

## REQUEST FOR ADMISSION NO. 3

Admit that the invoices attached hereto as Exhibit "A" are true and correct copies of invoices received by you.

## REQUEST FOR ADMISSION NO. 4

Admit that the items listed on the invoices attached hereto as Exhibit "A" were received by you from the Plaintiff.

## REQUEST FOR ADMISSION NO. 5

Admit that you have never objected to the amounts set forth in any of Plaintiff's invoices attached hereto as Exhibit "A."

## REQUEST FOR ADMISSION NO. 6

Admit that the invoices attached hereto as Exhibit "A" reflect the amounts you owe to the Plaintiff.

## REQUEST FOR ADMISSION NO. 7

Admit that you have not paid any of the amounts shown on the invoices attached hereto as Exhibit "A."

PHIL1 642598-1

### REQUEST FOR ADMISSION NO. 8

Admit that, as of March 31, 2005, Hickes could not pay his bills as and when they came due.

### REQUEST FOR ADMISSION NO. 9

Admit that Plaintiff invoiced Hickes for medical and pharmaceutical supplies.

### REQUEST FOR ADMISSION NO. 10

Admit that you know of no facts that would constitute a waiver by Plaintiff of its right to bring the Action against you.

### REQUEST FOR ADMISSION NO. 11

Admit that you know of no facts that would estop Plaintiff from bringing the Action against you.

### REQUEST FOR ADMISSION NO. 12

Admit that there is no course of performance or course of dealings between Plaintiff and Hickes that would constitute a modification or waiver of the payment obligations alleged in the Complaint.

### REQUESTS FOR ADMISSION NO. 13

Admit that you know of no facts that would constitute lack of consideration on the part of Plaintiff in its dealings with Hickes.

### REQUEST FOR ADMISSION NO. 14

Admit that you know of no facts that support your claim that there is a lack of personal jurisdiction over you.

### REQUEST FOR ADMISSION NO. 15

Admit that when you ordered products from Plaintiff, you knew that you could not pay for these products.

### REQUEST FOR ADMISSION NO. 16

Admit that you are a citizen of New York with an address of 1301 Trumansburg Road, Suite Q, Ithaca, New York   14850.

### REQUEST FOR ADMISSION NO. 17

Admit that you communicated with and solicited business with the Plaintiff.

### REQUEST FOR ADMISSION NO. 18

Admit that you negotiated with the Plaintiff.

### REQUEST FOR ADMISSION NO. 19

Admit that you requested that the Plaintiff ship products to you.

### REQUEST FOR ADMISSION NO. 20

Admit that you submitted documents to the Plaintiff.

### REQUEST FOR ADMISSION NO. 21

Admit that you contracted with the Plaintiff.

### REQUEST FOR ADMISSION NO. 22

Admit that you requested Plaintiff to sell and deliver pharmaceutical and other products to you on open account.

### REQUEST FOR ADMISSION NO. 23

Admit that you failed and refused and continue to fail and refuse to make payment to Plaintiff in accordance with your obligations despite the fact that Plaintiff sent the invoices attached hereto as Exhibit "A" to you and demanded payment from you.

### REQUEST FOR ADMISSION NO. 24

PHIL1 642598-1

Admit that you breached the terms of the agreement between you and the Plaintiff.

## REQUEST FOR ADMISSION NO. 25

Admit that the summary attached hereto as Exhibit "B" accurately reflects the outstanding principal balance owed by you to the Plaintiff.

BURR & FOREMAN, LLP

By: _____

James R. Robinson (ROB 013)
Heath A Fite  (FIT 011)

Attorneys for Plaintiff

**OF COUNSEL:**
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  205-251-3000
Facsimile:  205-458-5100

PHIL1 642598-1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th day of October, 2005, I caused a true and correct copy of Plaintiff's First Set Of Requests For Admissions Addressed To Robert G. Hickes, M.D. to be served on the following by hand delivery:

Ellis Brazeal, III, Esquire
Walston, Wells, Anderson & Birchall LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama  35203

Of Counsel

EXHIBIT "A"

PHIL1 642598-1



P O Box 2001
Dothan, AL 36302
888-877-8430 (Phone)
334-984-2448 (Fax)
FEIN: 33-0800482

2022-1866

ADDRESS SERVICE REQUESTED

## INVOICE

INVOICE NO  13010827692

| DATE | PAGE | ROUTE |
|---|---|---|
| 01-04-2005 | 1 of 2 | ALPHA |

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

Ship To:

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

2022-1866*1F31ESAQQ000216

| ORDER # / DATE | ACCOUNT NUMBER | | JOB / CUSTOMER TYPE | SALESPERSON / DEPT | | CUSTOMER PO / TERMS |
|---|---|---|---|---|---|---|
| 320603966 | A 000030075 | C 000030075 | OSC | DOT077 | DOT020 | |
| 01-04-2005 | B 000030075 | D 000030075 | 030 | | | 2% 15, 1% 45, Net 75 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | U/M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 18 | 18 | 0 | 11629 | RX | ANZEMET 100MG  PF SDV 5ML NDC # -- 00088-1208-32 | 40 21 | EA TAX: | 723 78 0 00 |
| 1 | 1 | 0 | 12832 | MS | BD NEEDLE 21G 1" 5165 100/BX NDC # -- 08290-3051-65 | 5 37 | BX TAX: | 5 37 0 00 |
| 1 | 1 | 0 | 11548 | RX | CISPLATIN P/F  50MG MDV 50ML NDC # -- 63323-0103-51 | 10 27 | EA TAX: | 10 27 0 00 |
| | 3 | 0 | 24941 | RX | FLUDARABINE  50MG/2ML SOL NDC # -- 00703-4852-11 | 264 54 | EA TAX: | 793 62 0 00 |
| 1 | 1 | 0 | 25473 | RX | PACLITAXEL IN J 100MG MDV NDC # -- 55390-0114-20 | 56 38 | EA TAX: | 56 38 0 00 |
| 1 | 1 | 0 | 10510 | RX | PROCRIT 10M UN/ML  VL 6X1ML NDC # -- 59676-0310-01 | 608 43 | pk TAX: | 608 43 0 00 |

Comments:

| SUBTOTAL | 11,550 01 |
|---|---|
| TOTAL TAX | 0 00 |
| **AMOUNT DUE** | **11,550.01** |

* A Division of AmerisourceBergen Specialty Group

### PLEASE RETURN THIS STUB WITH REMITTANCE, THANK YOU

1F31FLMI1:1 2

If postmarked by   01-19-2005 Pay $ 11319 01
If postmarked by   02-18-2005 Pay $ 11434 51
If postmarked by   03-20-2005 Pay $ 11550 01
If postmarked after 03-20-2005 Pay $ 11665 51
Terms :  2% 15, 1% 45, Net 75 Days

There will be an additional 1% charge per 30 days after the due date

| CUSTOMER NUMBER | 000030075 |
|---|---|
| INVOICE NUMBER | 13010827692 |
| INVOICE DATE | 01-04-2005 |
| AMOUNT DUE | $ 11,550.01 |
| DUE DATE | 03-20-2005 |



Please indicate payment amount and
check number in the boxes provided

| CHECK NUMBER | |
|---|---|
| AMOUNT PAID | $ |

Please
Remit
To:

ONCOLOGY SUPPLY
PO BOX 676554
DALLAS, TX 75267-6554

0000300751301082769200000115500100000032020050



**ONCOLOGY SUPPLY**
Put Us Into Practice

P.O. Box 2001
Dothan, AL 36302
888-877-8430 (Phone)
334-984-2448 (Fax)
FEIN: 33-0800482

2022-1866

ADDRESS SERVICE REQUESTED

## INVOICE

INVOICE NO  13010827692

| DATE | PAGE | ROUTE |
|---|---|---|
| 01-04-2005 | 2 of 2 | ALPHA |

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

**Ship To:**

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

2022-1866*1F31ESAQO000216

| ORDER # / DATE | ACCOUNT NUMBER | | JOB | CUSTOMER TYPE | SALESPERSON / DEPT | | CUSTOMER PO / TERMS |
|---|---|---|---|---|---|---|---|
| 320603966 | A 000030075 | C 000030075 | OSC | | DOT077 | DOT020 | |
| 01-04-2005 | B 000030075 | D 000030075 | 030 | | | | 2% 15, 1% 45, Net 75 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | U/M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 11320 | RX | PROCRIT 20MUN/ML MDV 6X1ML<br>NDC # -- 59676-0320-01 | 1216 86 | pk<br>TAX: | 1216 06<br>0 00 |
| 2 | 2 | 0 | 10982 | RX | PROCRIT 40M UN/ML VL 4X1ML<br>NDC # -- 59676-0340-01 | 1622 48 | pk<br>TAX: | 3244 96<br>0 00 |
| | 1 | 0 | 12254 | RX | SOD CHL 0 9% PF 25X50ML<br>NDC # -- 00074-4888-50 | 18 69 | pk<br>TAX: | 18 69<br>0 00 |
| 5 | 5 | 0 | 11381 | RX | TAXOTERE 20MG/.5ML  SDV  0 5ML<br>NDC # -- 00075-8001-20 | 282 22 | EA<br>TAX: | 1411 10<br>0 00 |
| 1 | 1 | 0 | 11380 | RX | TAXOTERE 40MG/ML(80MG) SDV 2ML<br>NDC # -- 00075-8001-80 | 1128 86 | EA<br>TAX: | 1128 86<br>0 00 |
| 3 | 3 | 0 | 23328 | RX | ZOMETA INJ 4MG/5ML VIAL<br>NDC # -- 00078-0387-25 | 777 23 | EA<br>TAX: | 2331 69<br>0 00 |

| | | |
|---|---|---|
| SUBTOTAL | | 11,550 01 |
| TOTAL TAX | | 0 00 |
| **AMOUNT DUE** | | **11,550.01** |



ONCOLOGY SUPPLY
Put Us into Practice

P O Box 2001
Dothan, AL 36302
888-877-8430 (Phone)
334-984-2448 (Fax)
FEIN: 33-0800482        2022-1866

ADDRESS SERVICE REQUESTED

| **INVOICE** |
|---|
| INVOICE NO.  13010833374 |

| DATE | PAGE | ROUTE |
|---|---|---|
| 01-10-2005 | 1 of 1 | ALPHA |

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

**Ship To:**

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

2022-1866*1F91EWAQK000152

| ORDER # DATE | ACCOUNT NUMBER | | OP CUSTOMER TYPE | SALESPERSON / DEPT | | CUSTOMER PO / TERMS |
|---|---|---|---|---|---|---|
| 320607618 | A 000030075 | C 000030075 | OSC | DOT080 | DOT020 | |
| 01-10-2005 | B 000030075 | D 000030075 | 030 | | | 2% 15, 1% 45, Net 75 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | U/M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 12984 | RX | ADRIAMYCIN 50MG USP SDV 25ML NDC # -- 55390-0237-01 | 37 11 | EA TAX: | 74 22 0 00 |
| 1 | 1 | 0 | 21618 | RX | NEULASTA 6MG/0.6ML SYR NDC # -- 55513-0190-01 | 2388 03 | EA TAX: | 2388 03 0 00 |
| 2 | 2 | 0 | 24648 | RX | PACLITAXEL INJ 100MG/16 7ML NDC # -- 61703-0342-22 | 56 38 | EA TAX: | 112 76 0 00 |
| | 1 | 0 | 22162 | RX | PAMIDRONATE LIQ 9MG/ML SDV10ML NDC # -- 63323-0735-10 | 170 10 | EA TAX: | 170 10 0 00 |
| 3 | 3 | 0 | 10982 | RX | PROCRIT 40M UN/ML VL 4X1ML NDC # -- 59676-0340-01 | 1622 48 | pk TAX: | 4867 44 0 00 |
| 6 | 6 | 0 | 11381 | RX | TAXOTERE 20MG/.5ML SDV 0 5ML NDC # -- 00075-8001-20 | 282 22 | EA TAX: | 1693 32 0 00 |

Comments:

| SUBTOTAL | 9,305 87 |
|---|---|
| TOTAL TAX | 0 00 |
| **AMOUNT DUE** | 9,305.87 |

* A Division of AmerisourceBergen Specialty Group

1F91F1A1N:1 1

**PLEASE RETURN THIS STUB WITH REMITTANCE, THANK YOU**

If postmarked by   01-25-2005 Pay $ 9119.76
If postmarked by   02-24-2005 Pay $ 9212 82
If postmarked by   03-26-2005 Pay $ 9305.87
If postmarked after 03-26-2005 Pay $ 9398.92
Terms :  2% 15, 1% 45, Net 75 Days

There will be an additional 1% charge per 30 days after the due date

| CUSTOMER NUMBER | 000030075 |
|---|---|
| INVOICE NUMBER | 13010833374 |
| INVOICE DATE | 01-10-2005 |
| AMOUNT DUE | $ 9,305 87 |
| DUE DATE | 03-26-2005 |



ONCOLOGY SUPPLY
Put Us into Practice

Please indicate payment amount and
check number in the boxes provided

| CHECK NUMBER | |
|---|---|
| AMOUNT PAID | $ |

Please
Remit
To:

ONCOLOGY SUPPLY
PO BOX 676554
DALLAS, TX 75267-6554

0000300751301083337400000093058700000032620056



ONCOLOGY SUPPLY
Put Us Into Practice

P.O. Box 2001
Dothan, AL 36302
888-877-8430 (Phone)
334-984-2448 (Fax)
FEIN: 33-0800482

2022-1866

## INVOICE

INVOICE NO. 13010841697

| DATE | PAGE | ROUTE |
|---|---|---|
| 01-18-2005 | 1 of 2 | ALPHA |

ADDRESS SERVICE REQUESTED

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

Ship To:

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

2022-1856*1FH1EJRBZ000200

| ORDER # / DATE | ACCOUNT NUMBER | | JOB / CUSTOMER TYPE | SALESPERSON / DEPT | | CUSTOMER PO / TERMS |
|---|---|---|---|---|---|---|
| 320612613 | A 000030075 | C 000030075 | OSC | DOT095 | DOT020 | |
| 01-18-2005 | B 000030075 | D 000030075 | 030 | | | 2% 15, 1% 45, Net 75 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | U/M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 11153 | RX | DIPHENHYDRAMNE 50MG VL 25X1ML<br>NDC # -- 00641-0376-25 | 20 10 | pk<br>TAX: | 20 10<br>0 00 |
| 2 | 2 | 0 | 21618 | RX | NEULASTA 6MG/0.6ML SYR<br>NDC # -- 55513-0190-01 | 2388 03 | EA<br>TAX: | 4776 06<br>0 00 |
| 1 | 1 | 0 | 11303 | RX | NEUPOGEN 300MCG VL 10X1 ML<br>NDC # -- 55513-0530-10 | 1706 33 | pk<br>TAX: | 1706 33<br>0 00 |
| | 1 | 0 | 10982 | RX | PROCRIT 40M UN/ML VL 4X1ML<br>NDC # -- 59676-0340-01 | 1622 48 | pk<br>TAX: | 1622 48<br>0 00 |
| 6 | 6 | 0 | 11381 | RX | TAXOTERE 20MG/.5ML SDV 0 5ML<br>NDC # -- 00075-8001-20 | 282 22 | EA<br>TAX: | 1693 32<br>0 00 |
| 2 | 2 | 0 | 11380 | RX | TAXOTERE 40MG/ML(80MG) SDV 2ML<br>NDC # -- 00075-8001-80 | 1128 86 | EA<br>TAX: | 2257 72<br>0 00 |

Comments:

| | |
|---|---|
| SUBTOTAL | 14,407 70 |
| TOTAL TAX | 0 00 |
| **AMOUNT DUE** | **14,407.70** |

* A Division of AmerisourceBergen Specialty Group

### PLEASE RETURN THIS STUB WITH REMITTANCE, THANK YOU

1FH1EP6FQ:1 2

If postmarked by    02-02-2005 Pay $ 14119.55
If postmarked by    03-04-2005 Pay $ 14263 63
If postmarked by    04-03-2005 Pay $ 14407.70
If postmarked after 04-03-2005 Pay $ 14551.77
Terms :  2% 15, 1% 45, Net 75 Days

There will be an additional 1% charge per 30 days after the due date

| CUSTOMER NUMBER | 000030075 |
|---|---|
| INVOICE NUMBER | 13010841697 |
| INVOICE DATE | 01-18-2005 |
| AMOUNT DUE | $ 14,407.70 |
| DUE DATE | 04-03-2005 |



ONCOLOGY SUPPLY
Put Us Into Practice

Please indicate payment amount and
check number in the boxes provided

| CHECK NUMBER | |
|---|---|
| AMOUNT PAID | $ |

Please
Remit
To:

ONCOLOGY SUPPLY
PO BOX 676554
DALLAS, TX 75267-6554

00003007513010841697000001440770000000040320051



**ONCOLOGY SUPPLY**
Put Us Into Practice

P O Box 2001
Dothan, AL 36302
888-877-8430 (Phone)
334-984-2448 (Fax)
FEIN: 33-0800482

2022-1866

| **INVOICE** | |
| --- | --- |
| INVOICE NO | 13010841697 |

| DATE | PAGE | ROUTE |
| --- | --- | --- |
| 01-18-2005 | 2 of 2 | ALPHA |

ADDRESS SERVICE REQUESTED

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

Ship To:

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

2022-1866*1FH1EJRBZ000208

| ORDER / DATE | ACCOUNT NUMBER | | LOB / CUSTOMER TYPE | SALESPERSON / DEPT | | CUSTOMER PO / TERMS |
| --- | --- | --- | --- | --- | --- | --- |
| 320612613 | A 000030075 | C 000030075 | OSC | DOT095 | DOT020 | |
| 01-18-2005 | B 000030075 | D 000030075 | 030 | | | 2% 15, 1% 45, Net 75 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | U/M | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | 3 | 0 | 23328 | RX | ZOMETA INJ 4MG/5ML VIAL<br>NDC # -- 00078-0387-25 | 777 23 | EA<br>TAX: | 2331 69<br>0 00 |

| | |
| --- | --- |
| SUBTOTAL | 14,407 70 |
| TOTAL TAX | 0 00 |
| **AMOUNT DUE** | 14,407.70 |



**ONCOLOGY SUPPLY**
Put Us Into Practice

P.O. Box 2001
Dothan, AL 36302
888-877-8430 (Phone)
334-984-2446 (Fax)
FEIN: 33-0800482

2022-1866

| **INVOICE** | | |
|---|---|---|
| INVOICE NO. 13010847488 | | |

| DATE | PAGE | ROUTE |
|---|---|---|
| 01-24-2005 | 1 of 2 | ALPHA |

ADDRESS SERVICE REQUESTED

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

Ship To:

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

2022-1866*1FN1EO7BN000224

| ORDER # / DATE | ACCOUNT NUMBER | | FOB / CUSTOMER TYPE | SALESPERSON / DEPT | | CUSTOMER PO / TERMS |
|---|---|---|---|---|---|---|
| 320616082 | A 000030075 | C 000030075 | OSC | DOT096 | DOT020 | |
| 01-24-2005 | B 000030075 | D 000030075 | 030 | | | 2% 15, 1% 45, Net 75 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | U/M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 22004 | RX | FASLODEX 250MG PF SYR 1X5ML<br>NDC # -- 00310-0720-50 | 816 97 | pk<br>TAX: | 816 97<br>0 00 |
| 2 | 2 | 0 | 24941 | RX | FLUDARABINE 50MG/2ML SOL<br>NDC # -- 00703-4852-11 | 264 54 | EA<br>TAX: | 529 08<br>0 00 |
| 1 | 1 | 0 | 23961 | RX | HERCEPTIN 440MG MDV 20ML<br>NDC # -- 50242-0134-68 | 2255 63 | EA<br>TAX: | 2255 63<br>0 00 |
| | 1 | 0 | 21618 | RX | NEULASTA 6MG/0.6ML SYR<br>NDC # -- 55513-0190-01 | 2388 03 | EA<br>TAX: | 2388 03<br>0 00 |
| 1 | 1 | 0 | 10510 | RX | PROCRIT 10M UN/ML VL 6X1ML<br>NDC # -- 59676-0310-01 | 608 43 | pk<br>TAX: | 608 43<br>0 00 |
| 1 | 1 | 0 | 11320 | RX | PROCRIT 20MUN/ML MDV 6X1ML<br>NDC # -- 59676-0320-01 | 1216 86 | pk<br>TAX: | 1216 86<br>0 00 |

Comments:

| SUBTOTAL | 14,728 80 |
|---|---|
| TOTAL TAX | 0 00 |
| **AMOUNT DUE** | **14,728.80** |

* A Division of AmerisourceBergen Specialty Group.

### PLEASE RETURN THIS STUB WITH REMITTANCE, THANK YOU

1FN1ETG33:1 2

If postmarked by   02-08-2005 Pay $ 14434 23
If postmarked by   03-10-2005 Pay $ 14581 52
If postmarked by   04-09-2005 Pay $ 14728.80
If postmarked after 04-09-2005 Pay $ 14876 08
Terms :  2% 15, 1% 45, Net 75 Days

There will be an additional 1% charge per 30 days after the due date

| CUSTOMER NUMBER | 000030075 |
|---|---|
| INVOICE NUMBER | 13010847488 |
| INVOICE DATE | 01-24-2005 |
| AMOUNT DUE | $ 14,728 80 |
| DUE DATE | 04-09-2005 |



**ONCOLOGY SUPPLY**
Put Us Into Practice

Please indicate payment amount and
check number in the boxes provided

| CHECK NUMBER | |
|---|---|
| AMOUNT PAID | $ |

**Please
Remit
To:**

ONCOLOGY SUPPLY
PO BOX 676554
DALLAS, TX 75267-6554

0000300751301084748800000147288000000040920055



**ONCOLOGY SUPPLY**
Put Us Into Practice

P.O. Box 2001
Dothan, AL 36302
888-877-8430 (Phone)
334-984-2448 (Fax)
FEIN: 33-0800482

2022-1866

| **INVOICE** |
| --- |
| INVOICE NO.  13010847488 |

| DATE | PAGE | ROUTE |
| --- | --- | --- |
| 01-24-2005 | 2 of 2 | ALPHA |

ADDRESS SERVICE REQUESTED

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

Ship To:

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

2022-1866*1FN1EO7BN000224

| ORDER # | DATE | ACCOUNT NUMBER | | LOB | CUSTOMER TYPE | SALESPERSON / DEPT | | CUSTOMER PO / TERMS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 320616082 | | A 000030075 | C 000030075 | OSC | | DOT096 | DOT020 | |
| | 01-24-2005 | B 000030075 | D 000030075 | 030 | | | | 2% 15, 1% 45, Net 75 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | U/M | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | 2 | 0 | 10982 | RX | PROCRIT 40M UN/ML  VL  4X1ML<br>NDC # -- 59676-0340-01 | 1622 48 | pk<br>TAX: | 3244 96<br>0 00 |
| 9 | 9 | 0 | 11381 | RX | TAXOTERE 20MG/.5ML  SDV  0 5ML<br>NDC # -- 00075-8001-20 | 282 22 | EA<br>TAX: | 2539 98<br>0 00 |
| | 1 | 0 | 11380 | RX | TAXOTERE 40MG/ML(80MG) SDV 2ML<br>NDC # -- 00075-8001-80 | 1128 86 | EA<br>TAX: | 1128 86<br>0 00 |

| | |
| --- | --- |
| SUBTOTAL | 14,728 80 |
| TOTAL TAX | 0 00 |
| **AMOUNT DUE** | 14,728.80 |



**ONCOLOGY SUPPLY**
Put Us Into Practice

P.O Box 2001
Dothan, AL 36302
888-877-8430 (Phone)
334-984-2448 (Fax)
FEIN: 33-0800482

2022-1866

ADDRESS SERVICE REQUESTED

## INVOICE

INVOICE NO. 13010848927

| DATE | PAGE | ROUTE |
|------|------|-------|
| 01-25-2005 | 1 of 1 | ALPHA |

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

Ship To:

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

2022-1866*1FO1EUYCX000150

| ORDER # / DATE | ACCOUNT NUMBER | | LOB / CUSTOMER TYPE | SALESPERSON / DEPT | | CUSTOMER PO / TERMS |
|---|---|---|---|---|---|---|
| 320816082 | A 000030075 | C 000030075 | OSC | DOT096 | DOT020 | |
| 01-24-2005 | B 000030075 | D 000030075 | 030 | | | 2% 15, 1% 45, Net 75 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | U/M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 11327 | RX | SOD CHL 0.9%EXCEL SOL 24X250ML<br>NDC # -- 00264-7800-20 | 35 23 | CS<br>TAX: | 35 23<br>0 00 |
| 2 | 2 | 0 | 18984 | MS | TERUMO HYPOD 18GX1 5NDL 100/BX<br>Prod Code-- NN1838R | 4 04 | BX<br>TAX: | 8 08<br>0 00 |
| 1 | 1 | 0 | 18601 | MS | VENOSET LS VENT 78" W/Y 48/CS<br>NDC # -- 00741-1545-58 | 61 06 | CS<br>TAX: | 61 06<br>0 00 |

Comments:

| SUBTOTAL | 104 37 |
|---|---|
| TOTAL TAX | 0 00 |
| **AMOUNT DUE** | **104.37** |

* A Division of AmerisourceBergen Specialty Group.

### PLEASE RETURN THIS STUB WITH REMITTANCE, THANK YOU

1FO1F03XM:1 1

If postmarked by   02-09-2005 Pay $ 102.29
If postmarked by   03-11-2005 Pay $ 103.33
If postmarked by   04-10-2005 Pay $ 104.37
If postmarked after 04-10-2005 Pay $ 105.41
Terms :  2% 15, 1% 45, Net 75 Days

There will be an additional 1% charge per 30 days after the due date

| CUSTOMER NUMBER | 000030075 |
|---|---|
| INVOICE NUMBER | 13010848927 |
| INVOICE DATE | 01-25-2005 |
| AMOUNT DUE | $ 104 37 |
| DUE DATE | 04-10-2005 |



**ONCOLOGY SUPPLY**
Put Us Into Practice

Please indicate payment amount and
check number in the boxes provided

| CHECK NUMBER | |
|---|---|
| AMOUNT PAID | $ |

Please
Remit
To:

ONCOLOGY SUPPLY
PO BOX 676554
DALLAS, TX 75267-6554

00003007513010848927000000010437000000041020056



**ONCOLOGY SUPPLY**
Put Us Into Practice

P O Box 2001
Dothan, AL 36302
888-877-8430 (Phone)
334-984-2448 (Fax)
FEIN: 33-0800482

2022-1866

ADDRESS SERVICE REQUESTED

## INVOICE

INVOICE NO. 13010854314

| DATE | PAGE | ROUTE |
|---|---|---|
| 01-31-2005 | 1 of 1 | ALPHA |

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

Ship To:

HICKES, DR ROBERT
1301 TRUMANSBURG RD, STE Q
ITHACA, NY 14850-1397

2022-1866*1FV008AT6000144

| ORDER # | DATE | ACCOUNT NUMBER | | LOB/ CUSTOMER TYPE | SALESPERSON / DEPT. | | CUSTOMER PO / TERMS |
|---|---|---|---|---|---|---|---|
| 320620292 | | A 000030075 | C 000030075 | OSC | DOT077 | DOT020 | |
| 01-31-2005 | | B 000030075 | D 000030075 | 030 | | | 2% 15, 1% 45, Net 75 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | U/M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 21618 | RX | NEULASTA 6MG/0.6ML SYR<br>NDC # -- 55513-0190-01 | 2386 03 | EA<br>TAX: | 4776 06<br>0 00 |
| 2 | 2 | 0 | 25473 | RX | PACLITAXEL IN J 100MG MDV<br>NDC # -- 55390-0114-20 | 50 23 | EA<br>TAX: | 100 46<br>0 00 |
| 6 | 6 | 0 | 11381 | RX | TAXOTERE 20MG/.5ML SDV 0 5ML<br>NDC # -- 00075-8001-20 | 282 22 | EA<br>TAX: | 1693 32<br>0 00 |
| | 3 | 0 | 23328 | RX | ZOMETA INJ 4MG/5ML VIAL<br>NDC # -- 00078-0387-25 | 777 23 | EA<br>TAX: | 2331 69<br>0 00 |

Comments:

| SUBTOTAL | 8,901 53 |
|---|---|
| TOTAL TAX | 0 00 |
| **AMOUNT DUE** | 8,901.53 |

* A Division of AmerisourceBergen Specialty Group

1FV00A9ME:1 1

### PLEASE RETURN THIS STUB WITH REMITTANCE, THANK YOU

If postmarked by    02-15-2005 Pay $ 8723.50
If postmarked by    03-17-2005 Pay $ 8812.52
If postmarked by    04-16-2005 Pay $ 8901.53
If postmarked after 04-16-2005 Pay $ 8990.54
Terms :   2% 15, 1% 45, Net 75 Days

There will be an additional 1% charge per 30 days after the due date

| CUSTOMER NUMBER | 000030075 |
|---|---|
| INVOICE NUMBER | 13010854314 |
| INVOICE DATE | 01-31-2005 |
| AMOUNT DUE | $ 8,901 53 |
| DUE DATE | 04-16-2005 |



**ONCOLOGY SUPPLY**
Put Us Into Practice

Please indicate payment amount and
check number in the boxes provided

| CHECK NUMBER | |
|---|---|
| AMOUNT PAID | $ |

Please
Remit
To:

ONCOLOGY SUPPLY
PO BOX 676554
DALLAS, TX 75267-6554

0000300751301085431400000089015300000041620056

EXHIBIT "B"

Dr. Robert Hickes
Invoice History Report for Accounts: 30075
Invoices for the period of 01/2005 through 10/2005

| Account # | Invoice # | Purchase Order # | Invoice Date | Invoice Due Date | Paid Date | Gross Invoice | Total Tax | Balance |
|---|---|---|---|---|---|---|---|---|
| 30075 | 130-10827692 | | 1/4/2005 | 3/20/2005 | | $11,550.01 | $0.00 | $11,550.01 |
| 30075 | 130-10833374 | | 1/10/2005 | 3/26/2005 | | $9,305.87 | $0.00 | $9,305.87 |
| 30075 | 130-10841697 | | 1/18/2005 | 4/3/2005 | | $14,407.70 | $0.00 | $14,407.70 |
| 30075 | 130-10847488 | | 1/24/2005 | 4/9/2005 | | $14,728.80 | $0.00 | $14,728.80 |
| 30075 | 130-10848927 | | 1/25/2005 | 4/10/2005 | | $104.37 | $0.00 | $104.37 |
| 30075 | 130-10854314 | | 1/31/2005 | 4/16/2005 | | $8,901.53 | $0.00 | $8,901.53 |
| | | | | | | | Total | $58,998.28 |
| | | | | | Total Outstanding Balance | | | $177,253.77 |