IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

ASD SPECIALTY HEALTHCARE, INC. d/b/a  
ONCOLOGY SUPPLY COMPANY  
2801 Horace Shepard Drive  
Dothan, Alabama 36303,  

        Plaintiff,  

v.  

ROBERT G. HICKES, M.D.  
1301 Trumansburg Road, Suite Q  
Ithaca, NY 14850,  

        and  

        Defendant.

CIVIL ACTION

NO.: 1:05cv592 - T

## ORDER

AND NOW, this ____ day of _____, 200__, upon consideration of the Motion of the Plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company, for Summary Judgment (the "Motion"), all papers filed in support thereof and in opposition thereto, the Court finds that there are no genuine issues as to any material fact and that Plaintiff is entitled to judgment as a matter of law. It is hereby ORDERED that:

The Motion is GRANTED in its entirety.

Judgment is hereby ENTERED in favor of the Plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company and against the Defendant Robert G. Hickes, M.D. on Counts I through IV the Complaint in the amount of $177,253.77, plus prejudgment interest at the annual rate of six per cent (6%) from and after April 16, 2005 in the amount of $ _____, (at the per diem rate of $29.14), for a total judgment, as of _____, 2006 in the amount of $ _____.

1425927

EXHIBIT 5

Postjudgment interest shall accrue on the aforesaid judgment in accordance with 28 U.S.C.A. § 1961.

BY THE COURT:

_____
Hon. Myron H. Thompson, United States District Judge