IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive<br>Dothan, Alabama 36303,<br><br>        Plaintiff,<br>   v.<br><br>ROBERT G. HICKES, M.D.<br>1301 Trumansburg Road, Suite Q<br>Ithaca, NY 14850,<br><br>        and<br><br>ROBERT G. HICKES, M.D., P.C.<br>1301 Trumansburg Road, Suite Q<br>Ithaca, NY 14850,<br><br>        Defendant. | CIVIL ACTION<br><br>NO.: 1:05cv592 - T |

## ORDER

AND NOW, this ____ day of _____, 200_, upon consideration of the Motion of the Plaintiff, ASD, Specialty Healthcare, Inc., d/b/a Oncology Supply Company, for leave to file an Amended Complaint and to join Robert G. Hickes, M.D., P.C. as an additional defendant, and any response thereto, it is hereby ORDERED as follows:

1. The Plaintiff's Motion is Granted;

2. The Plaintiff may join Robert G. Hickes, M.D., P.C., as an additional defendant in this action;

3. The Plaintiff is granted leave to file a First Amended Complaint in the form attached to its Motion; and



EXHIBIT D

4. Both Defendants shall have ten (10) days from the date of service of the First Amended Complaint to plead in response thereto.

BY THE COURT:

_____
Hon. Myron H. Thompson, United States District Judge