IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ASD SPECIALTY HEALTHCARE,      )
INC., etc.,                    )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        1:05cv592-MHT
                               )
ROBERT G. HICKES,              )
                               )
    Defendant.                 )
```

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 17) is set for submission, without oral argument, on February 17, 2006, with the non-movant's brief and evidentiary materials by said date.

DONE, this the 25th day of January, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE