IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ASD SPECIALTY HEALTHCARE,    )
INC., etc.,                  )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )       1:05cv592-MHT
                             )
ROBERT G. HICKES,            )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that plaintiff's motion for leave to file amend complaint and join additional defendant (Doc. No. 19), is granted. The court assumes that defendant has no objection to the allowance of the amendment and addition; however, if he does, he must file the objection within seven days from the date of this order.

DONE, this the 25th day of January, 2006.

```
            /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE
```