# BURR & FORMAN LLP

ATTORNEYS AND COUNSELORS

420 North Twentieth Street, Suite 3100
Birmingham, Alabama 35203-5206

(205) 251-3000
(205) 458-5100 (Fax)

Heath A. Fite
Direct Dial: (205) 458-5112
Direct Fax: (205) 244-5636
Email: hfite@burr.com

October 18, 2005

**VIA HAND DELIVERY**

Ellis Brazeal, III, Esq.
WALSTON, WELLS, ANDERSON & BIRCHALL LLP
1819 5th Avenue North
Suite 100
Birmingham, Alabama 35203

    Re:   *ASD Specialty Healthcare, Inc. v. Robert G. Hickes, M.D.*
           **In the U.S. District Court for the Middle District of Alabama, Southern Division**
           **Civil Action Number 1:03-CV-592-T**

Dear Ellis:

    I have enclosed my client's written discovery requests to your client, including Interrogatories, Requests for Production, and Requests for Admission, in the above-referenced action. On a related note, I still have not received pre-discovery disclosures from your client which were due to be exchanged by October 14, 2005. Please let me know when I might expect to receive those disclosures.

    Please do not hesitate to contact me should you have any questions or concerns.

                            Very truly yours,

                            Heath A. Fite

HAF/njh
Enclosures



EXHIBIT C