# BURR & FORMAN LLP

ATTORNEYS AND COUNSELORS

420 North Twentieth Street, Suite 3100
**Birmingham, Alabama 35203-5206**

(205) 251-3000
(205) 458-5100 (Fax)

Heath A. Fite
Direct Dial: (205) 458-5112
Direct Fax: (205) 244-5636
Email: hfite@burr.com

January 25, 2006

**VIA FACSIMILE, ORIGINAL TO FOLLOW BY U.S. MAIL**

Ellis Brazeal, III, Esq.
WALSTON, WELLS, ANDERSON & BIRCHALL LLP
1819 5th Avenue North
Suite 100
Birmingham, Alabama 35203

Re: *ASD Specialty Healthcare, Inc. v. Robert G. Hickes, M.D.*
 **In the U.S. District Court for the Middle District of Alabama, Southern Division**
 **Civil Action Number 1:03-CV-592-T**

Dear Ellis:

As you know and as we discussed yesterday, I filed my motion for summary judgment in this action on January 6, 2006, based on your client's admissions as to liability and damages. I am optimistic that the motion is due to be granted. Nevertheless, the Court has not entered a briefing schedule on the motion and the discovery deadline is imminent. Accordingly, I would be prejudicing my client's position were I not continue to insist upon your client either providing initial disclosures and good-faith answers to the interrogatories and requests for production or consenting to the motion for summary judgment. Should you choice the second alternative, I am providing a consent to the motion for your convenience. I ask that by January 31, 2006, you either file the consent to the motion or provide the requested discovery.

I thank you for your attention and ask that you not hesitate to call me should you wish to discuss.

Very truly yours,

Heath A. Fite

HAF/

Enclosure

**EXHIBIT E**

Birmingham • Montgomery • Atlanta • Jackson • Laurel

1431021