| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Julie A Oliver* ☑ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>Julie A Oliver         2·6·06 |
| 1. Article Addressed to:<br><br>Robert G. Hickes, M.D., P.C.<br>c/o Robert J. Holdsworth, Jr.<br>Holdsworth & Feeney, LLP<br>950 Danby Road, Suite 210<br>Ithaca, New York 14850<br><br>05CV592 S+C | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:      ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7002 3150 0000 3918 4124 |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540