IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY )<br><br>Plaintiff, )<br><br>vs. )<br>)<br>ROBERT G. HICKES, M.D. )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>1:05CV592-T |

**DEFENDANT'S INITIAL DISCLOSURES UNDER RULE 26(a)**

Pursuant to Fed.R.Civ.P. 26(a), Robert G. Hickes, M.D. ("Hickes"), makes the following required initial disclosures:

I.  **PEOPLE REASONABLY LIKELY TO HAVE DISCOVERABLE INFORMATION THAT HICKES MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES.**

Dr. Robert Hickes

II. **DOCUMENTS, AND OTHER TANGIBLE THINGS IN HICKE'S POSSESSION, CUSTODY OR CONTROL.**

Hickes is in possession of miscellaneous documents likely to bear on the claims and defenses involved in this action, including, but not limited to, (a) statements of account, and (b) payment records. These documents are located at the offices of Hickes.

Hickes reserves the right to amend and/or supplement this disclosure as discovery and its investigation continue.

### III. EXPERTS

Not applicable.

### IV. COMPUTATION OF DAMAGES CLAIMED BY DISCLOSING PARTY

Hickes has responded to the damage computations in his responses to the requests for admissions of plaintiff.

### V. INSURANCE AGREEMENTS

There are no insurance agreements applicable to this action.

\s\ C. Ellis Brazeal III
C. Ellis Brazeal III
Attorney for Defendant, Robert G. Hickes, M.D.

**OF COUNSEL:**

Walston, Wells, & Birchall, LLP
1819 5th Avenue North
Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

**CERTIFICATE OF SERVICE**

       I do hereby certify that a true and correct copy of the foregoing Defendant's Initial Disclosures Under Rule 26(a) has been severed electronically to the following said individuals and/or by placing same in the U.S. First Class Mail, as follows:

    James J. Robinson
    Heath A. Fite
    BURR & FORMAN LLP
    3100 SouthTrust Tower
    420 North 20th Street
    Birmingham, Alabama 35203

This the \15th\ day of February, 2006..

                                      \s\ C. Ellis Brazeal III
                                      OF COUNSEL