IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC, e/b/a ONCOLOGY SUPPLY COMPANY, etc., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:05CV592-MHT |
| ROBERT G. HICKES, M.D., etc., | ) ) ) |
| Defendants. | ) |

**ORDER**

On 15 February 2006, the defendant filed its initial disclosures under Rule 26(a) with the Clerk of the court. Because this court does not permit filing of discovery in civil cases, the Clerk is DIRECTED to strike the disclosures from the record.

DONE this 17th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE