IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ASD SPECIALTY HEALTHCARE, INC., doing business as Oncology Supply Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:05cv592-MHT (WO) |
| ROBERT G. HICKES and ROBERT G. HICKES, M.D., P.C., | ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT and DECREE of the court:

(1) Plaintiff ASD Specialty Healthcare, Inc.'s motion for summary judgment (Doc. No. 17) is granted, and judgment is entered in favor of plaintiff ASD Specialty Healthcare, Inc. and against defendant Robert G. Hickes.

(2) Plaintiff ASD Specialty Healthcare, Inc. shall have and recover from defendant Hickes the sum of

$ 177,253.77, plus interest at the rate of 6 % per annum from and after April 16, 2005, to the date of judgment, and interest at the legal rate from the date of judgment until paid in full.

It is further ORDERED that costs are taxed against defendant Hickes, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The claims against the other defendant, Robert G. Hickes, M.D., P.C., remain pending.

DONE, this the 23rd day of February, 2006.


　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE