IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ASD SPECIALTY HEALTHCARE, INC., doing business as Oncology Supply Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:05cv592-MHT (WO) |
| ROBERT G. HICKES and ROBERT G. HICKES, M.D., P.C., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED as follows:

(1) Plaintiff ASD Specialty Healthcare, Inc.'s motion to alter (Doc. No. 33) is granted.

(2) The judgment entered on February 23, 2006 (Doc. No. 32), is amended to include the following language: The court finds that there is no just reason for delay of entry of final judgment against defendant Robert G. Hickes.

DONE, this the 24th day of February, 2006.

                                     /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE