IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALITY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive,<br>Dothan, Alabama  36303,<br><br>     Plaintiff,<br><br>  vs.<br><br>ROBERT G. HICKES, M.D.,<br>1301 Trumansburg Road, Suite Q<br>Ithaca, New York  14850,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.:<br>) 1:05CV592-T<br>)<br>)<br>)<br>)<br>)<br>) |

## **ANSWER**

COMES now ROBERT G. HICKES, M.D. P.C. (the "Professional Corporation"), and for its answer to the First Amended Complaint says as follows:

1-4. The Professional Corporation admits to the averments of paragraphs 1-4.

5-6. The Professional Corporation denies the averments of paragraphs 5-6.

7. The Professional Corporation admits to the averments of paragraph 7.

8. The Professional Corporation denies the averments of paragraph 8.

9-12. The Professional Corporation admits the averments of paragraphs 9-12.

13. The Professional Corporation denies the averments of paragraph 13.

14. The Professional Corporation incorporates its previous responses.

15-18. The Professional Corporation admits the averments of these paragraphs.

19. The Professional Corporation incorporates its previous responses.

20-25.  The Professional Corporation admits the averments of these paragraphs.

26.  The Professional Corporation incorporates its previous responses.

27-33.  The Professional Corporation admits the averments of these paragraphs.

34.  The Professional Corporation incorporates its previous responses.

35-37.  The Professional Corporation admits the averments of paragraphs 35-37.

38.  The Professional Corporation incorporates its previous responses.

39-41.  The Professional Corporation denies the averments of paragraphs 39-41.

42.  The Professional Corporation incorporates its previous responses.

43-49.  The Professional Corporation denies the averments of paragraphs 43-49.

## FIRST AFFIRMATIVE DEFENSE

This Court lacks jurisdiction over the Professional Corporation.

## SECOND AFFIRMATIVE DEFENSE

The plaintiff's claims against the Professional Corporation are barred by estoppel.

## THIRD AFFIRMATIVE DEFENSE

The plaintiff's claims against the Professional Corporation are barred by waiver.

## FOURTH AFFIRMATIVE DEFENSE

The plaintiff's claims against the Professional Corporation are barred by Statute of Limitations.

\s\ C. Ellis Brazeal III
Attorney for the Defendant, Robert G. Hickes, M.D.

**OF COUNSEL:**

Walston, Wells, & Birchall LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Answer has been severed electronically to the following said individuals and/or by placing same in the U.S. First Class Mail, as follows:

> James J. Robinson
> Heath A. Fite
> BURR & FORMAN LLP
> 3100 SouthTrust Tower
> 420 North 20th Street
> Birmingham, Alabama 35203

This the \28th\ day of February, 2006.

\s\ C. Ellis Brazeal III
OF COUNSEL