**EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY 2801 Horace Shepard Drive, Dothan, Alabama 36303, </br></br>Plaintiff,</br></br>vs.</br></br>ROBERT G. HICKES, M.D., 1301 Trumansburg Road, Suite Q Ithaca, New York 14850,</br></br>Defendant. | CIVIL ACTION NO.: 1:05CV592-T |

### AMENDED RESPONSE TO REQUEST FOR ADMISSION

COMES now ROBERT G. HICKES, M.D. ("Defendant"), and for his amended response to the following request for admission says as follows:

1. Admitted.

2. Admitted.

24. Admitted.

25. Admitted.

\s\ C. Ellis Brazeal III
Attorney for the Defendant, Robert G. Hickes, M.D.


EXHIBIT 4

**OF COUNSEL:**

Walston, Wells, & Birchall LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Amended Response to Request for Admissions has been severed electronically to the following said individuals and/or by placing same in the U.S. First Class Mail, as follows:

James J. Robinson
Heath A. Fite
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203

This the \15th\ day of December, 2005.

\s\ C. Ellis Brazeal III
OF COUNSEL