**EXHIBIT 6**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALITY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive,<br>Dothan, Alabama 36303,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBERT G. HICKES, M.D.,<br>1301 Trumansburg Road, Suite Q<br>Ithaca, New York 14850,<br><br>                Defendant. | CIVIL ACTION NO.:<br>1:05CV592-T |

## ANSWER

COMES now ROBERT G. HICKES, M.D. P.C. (the "Professional Corporation"), and for its answer to the First Amended Complaint says as follows:

1-4.    The Professional Corporation admits to the averments of paragraphs 1-4.

5-6.    The Professional Corporation denies the averments of paragraphs 5-6.

7.    The Professional Corporation admits to the averments of paragraph 7.

8.    The Professional Corporation denies the averments of paragraph 8.

9-12.    The Professional Corporation admits the averments of paragraphs 9-12.

13.    The Professional Corporation denies the averments of paragraph 13.

14.    The Professional Corporation incorporates its previous responses.

15-18.    The Professional Corporation admits the averments of these paragraphs.

19.    The Professional Corporation incorporates its previous responses.

1

20-25. The Professional Corporation admits the averments of these paragraphs.

26. The Professional Corporation incorporates its previous responses.

27-33. The Professional Corporation admits the averments of these paragraphs.

34. The Professional Corporation incorporates its previous responses.

35-37. The Professional Corporation admits the averments of paragraphs 35-37.

38. The Professional Corporation incorporates its previous responses.

39-41. The Professional Corporation denies the averments of paragraphs 39-41.

42. The Professional Corporation incorporates its previous responses.

43-49. The Professional Corporation denies the averments of paragraphs 43-49.

### FIRST AFFIRMATIVE DEFENSE

This Court lacks jurisdiction over the Professional Corporation.

### SECOND AFFIRMATIVE DEFENSE

The plaintiff's claims against the Professional Corporation are barred by estoppel.

### THIRD AFFIRMATIVE DEFENSE

The plaintiff's claims against the Professional Corporation are barred by waiver.

### FOURTH AFFIRMATIVE DEFENSE

The plaintiff's claims against the Professional Corporation are barred by Statute of Limitations.

\s\ C. Ellis Brazeal III
Attorney for the Defendant, Robert G. Hickes, M.D.

**OF COUNSEL:**

Walston, Wells, & Birchall LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Answer has been severed electronically to the following said individuals and/or by placing same in the U.S. First Class Mail, as follows:

James J. Robinson
Heath A. Fite
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203

This the \28th\ day of February, 2006.

\s\ C. Ellis Brazeal III
OF COUNSEL

## Fite, Heath

**From:** efile_notice@almd.uscourts.gov
**Sent:** Tuesday, February 28, 2006 3:58 PM
**To:** almd_mailout@almd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-00592-MHT-VPM ASD Specialty Healthcare, Inc. v. Hickes "Answer to Amended Complaint"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Alabama Middle District

Notice of Electronic Filing

The following transaction was received from Brazeal, Clyde Ellis entered on 2/28/2006 at 3:57 PM CST and filed on 2/28/2006
**Case Name:**      ASD Specialty Healthcare, Inc. v. Hickes
**Case Number:**    1:05-cv-592
**Filer:**          Robert G. Hickes, M.D., P.C.
**Document Number:** 35

**Docket Text:**
*Answer* ANSWER to Amended Complaint by Robert G. Hickes, M.D., P.C..(Brazeal, Clyde)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=2/28/2006] [FileNumber=497203-0]
[6e241096db66e78f51fe7b32f562bac08cc072b15a65bae0305b4ea50e4741731095
e8fda18834937bf440cdf2851f0dd7f17e32c99f022fabe0ca284ffd93cb]]

**1:05-cv-592 Notice will be electronically mailed to:**

Clyde Ellis Brazeal , III    ebrazeal@walstonwells.com, tmoody@walstonwells.com

Heath Alan Fite    hfite@burr.com, cfalctmail@burr.com

James Jack Robinson    jrobinson@burr.com

**1:05-cv-592 Notice will be delivered by other means to:**

Robert G. Hickes, M.D., P.C.
c/o Robert J. Holdsworth, Jr.

3/2/2006

Holdsworth & Feeney, LLP
950 Danby Road
Suite 210
Ithaca, NY 14850

3/2/2006