# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

ASD SPECIALTY HEALTHCARE, INC. d/b/a
ONCOLOGY SUPPLY COMPANY
2801 Horace Shepard Drive
Dothan, Alabama 36303,

    Plaintiff,

v.

ROBERT G. HICKES, M.D. and ROBERT G.
HICKES, M.D., P.C.
1301 Trumansburg Road, Suite Q
Ithaca, NY 14850,

    Defendant.

CIVIL ACTION

NO.: 1:05cv592 - T

## ORDER

AND NOW, this ___ day of _____, 2006, upon consideration of the Motion of the Plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company, for Summary Judgment (the "Motion"), all papers filed in support thereof and in opposition thereto, it is hereby ORDERED that:

The Motion is GRANTED in its entirety.

Judgment is hereby ENTERED in favor of the Plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company and against the Defendant Robert G. Hickes, M.D., P.C. on Counts V and VI of the First Amended Complaint in the amount of $177,253.77, plus prejudgment interest at the annual rate of six per cent (6%) from and after April 16, 2005 in the amount of $_____, (at the per diem rate of $29.14), for a total judgment, as of _____, 2006 in the amount of $_____.

Postjudgment interest shall accrue on the aforesaid judgment in accordance with 28 U.S.C.A. § 1961.

1452105

2

BY THE COURT:

_____
Hon. Myron H. Thompson,
United States District Judge