IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, ) <br> INC., etc., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT G. HICKES, ) <br> ) <br>     Defendant. ) | CIVIL ACTION NO. <br> 1:05cv592-MHT |

### ORDER

It is ORDERED that plaintiff's second motion for summary judgment (Doc. No. 36) is set for submission, without oral argument, on April 24, 2006, with defendants' briefs and evidentiary materials due by said date.

DONE, this the 6th day of April, 2006.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE