IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive,<br>Dothan, Alabama 36303,<br><br>      Plaintiff,<br><br>  vs.<br><br>ROBERT G. HICKES, M.D.,<br>1301 Trumansburg Road, Suite Q<br>Ithaca, New York 14850,<br><br>      Defendant. | CV ACTION NO.:<br>1:05CV592-T |

**NOTICE OF FILING OF AFFIDAVIT**

COMES now Defendant Robert G. Hickes, M.D., and hereby provides notice of filing of the attached affidavit as follows:

1. Affidavit of Robert G. Hickes, M.D.

            \s\ C. Ellis Brazeal III
            Attorney for Defendant, Robert G.
            Hickes, M.D., P.C.

**OF COUNSEL:**

Walston, Wells, & Birchall LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the Notice of Filing of Affidavit has been severed electronically to the following said individuals and/or by placing same in the U.S. First Class Mail, as follows:

Heath A. Fite
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203


This the \24th\ day of April, 2006.

\s\ C. Ellis Brazeal III
OF COUNSEL