IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ASD SPECIALTY HEALTHCARE,     )
INC., etc.,                   )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )    1:05cv592-MHT
                              )
ROBERT G. HICKES,             )
                              )
     Defendant.               )
```

### ORDER

It is ORDERED that the motion for leave to file second amended complaint (Doc. No. 42) is set for submission, without oral argument, on July 6, 2006, with all briefs due by said date.

DONE, this the 23rd day of June, 2006.

                                         /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE