IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ASD SPECIALTY HEALTHCARE,   )
INC., etc.,                 )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )        1:05cv592-MHT
                            )            (WO)
ROBERT G. HICKES, M.D.,     )
P.C.,                       )
                            )
    Defendant.              )
```

### ORDER

There being no objection, it is ORDERED that plaintiff ASD Specialty Healthcare, Inc.'s motion for leave to file second amended complaint (Doc. No. 42) is granted.

DONE, this the 7th day of August, 2006.

                             /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE