IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DOTHAN CIVIL TRIAL DOCKET

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMMENCING SEPTEMBER 11, 2006, AT 10:00 AM\***
**FEDERAL COURTHOUSE, DOTHAN, ALABAMA**

**Judge Myron H. Thompson, Presiding**

---

\*ALL juries will be selected on Monday, September 11, 2006, at 10:00 a.m. with individual trials commencing thereafter as scheduled. This docket is merely a listing of cases currently on the docket and does not reflect trial order.

U.S. District Court
Alabama Middle District
Calendar Events Set For 9/11/2006

Judge Myron H. Thompson, Presiding
Dothan, Alabama

JURY SELECTION/TRIAL

ETT: 2 days

10:00 AM

1:04-cv-00393-MHT-VPM Simpleville Music et al v. Shelley Broadcasting Company, Inc. et al

Bradley Scott Burleson and Dylan Cook Black and James William Gewin representing Simpleville Music, New Hidden Valley Music Co., BMG Songs, Inc., Famous Music Corp., Sony/ATV Tunes LLC, WB Music Corp., Lanny Wolfe Music Company, Intergrity Music, Inc., Lensongs Publishing, Universal-MCA Music Publishing, Doors Music Company, Hulex Music/WB Music Corp., J. Albert & Son(USA) Inc., Pure Songs and Frank Music Corp. (Plaintiffs)

James M. Parker and Steve G Mcgowan representing H. Jack Mizell (Defendant)

U.S. District Court
Alabama Middle District
Calendar Events Set For 9/11/2006

Judge Myron H. Thompson, Presiding
Dothan, Alabama

JURY SELECTION/TRIAL

10:00 a.m.

    1:04-cv-00886-MHT-DRB Rodebaugh v. Sears & Roebuck Company et al

    David Michael Andrews representing Elizabeth Rodebaugh (Plaintiff)
    Gregory B. McCain representing the minor child (Plaintiff)

    Dennis R. Bailey and James M. Brogan and Nancy Shane Rappaport representing
    Sears & Roebuck Company & Electrolux Home Products(Defendants)

U.S. District Court
Alabama Middle District
Calendar Events Set For 9/11/2006

Judge Myron H. Thompson, Presiding
Dothan, Alabama

JURY SELECTION/TRIAL

10:00 AM
                                                                                                           ETT: 3 days

1:04-cv-01246-MHT-DRB Kelley Foods of Alabama, Inc. v. Myers Nissi & Company, Inc.

Howard Phillip Walthall, Jr and Margaret Ellen Gober and Mark Vaughan representing Kelley Foods of Alabama, Inc. (Plaintiff)

Gregg L. Spyridon and John Michael Herke and Paul Darren Palermo representing Myers Nissi & Company, Inc. (Defendant)

U.S. District Court
Alabama Middle District
Calendar Events Set For 9/11/2006

Judge Myron H. Thompson, Presiding
Dothan, Alabama

NON-JURY TRIAL

ETT: 1 day

10:00 AM

1:05-cv-00592-MHT-VPM ASD Specialty Healthcare, Inc. v. Hickes

Heath Alan Fite and James Jack Robinson representing ASD Specialty Healthcare, Inc. (Plaintiff)

Clyde Ellis Brazeal, III representing Robert G. Hickes, M.D., P.C. (Defendant)
(no aty) representing Robert G. Hickes, M.D. (Defendant)

U.S. District Court
Alabama Middle District
Calendar Events Set For 9/11/2006

Judge Myron H. Thompson, Presiding
Dothan, Alabama

NON-JURY TRIAL

---

10:00 AM                                                                                          ETT: 3 days

      1:05-cv-00637-MHT-VPM Cummings Incorporated v. Simac Construction Incorporated

      Derek Wayne Edwards and Robb S Harvey and William C. Carn III representing Cummings Incorporated (Plaintiff)
Joseph Dan Talmadge, Jr representing Simac Construction Incorporated (Defendant)